## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

RICHARD IFILL,

                Petitioner,                              21 **CIVIL** 2993 (VEC)

      -against-                                    **JUDGMENT**

AMY LAMANNA, Superintendent, Five Points Correctional Facility,

                Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated July 14, 2022, the R&R is adopted in full, and Petitioner's petition is DENIED. The Court declines to issue a certificate of appealability. Petitioner has not made a substantial showing of a denial of a federal right pursuant to 28 U.S.C. § 2253(c), and appellate review is therefore not warranted. See Love v. McCray, 413 F.3d 192, 195 (2d Cir. 2005). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
          July 18, 2022

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                              **BY:**     *K. Mango*

                                                  **Deputy Clerk**